UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| NEFTA PETERSEN,<br><br>        Petitioner,<br><br>    v.<br><br>STEVE LANGFORD, Warden,<br><br>        Respondent. | Case No.: CV 16-08827-JGB (JDE)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has filed no objections to the Report and Recommendation. The Court accordingly accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that:

(1) Petitioner's claims challenging the Federal Bureau of Prisons' determination regarding Petitioner's placement at a Residential Re-entry Center are dismissed with prejudice; and

(2) The remainder of this action is transferred to the District Court for the District of the Virgin Islands.

Dated: July 21, 2017

_____
JESUS G. BERNAL
United States District Judge