JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| NEFTA PETERSEN, | ) | Case No.: CV 16-08827-JGB (JDE) |
| Petitioner, | ) ) ) | JUDGMENT |
| v. | ) ) | |
| STEVE LANGFORD, Warden, | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order Accepting Findings and Recommendation of the United States Magistrate Judge,

IT IS ADJUDGED that: (1) the claims in the underlying Petition challenging the Federal Bureau of Prisons' determination regarding Petitioner's placement at a Residential Re-entry Center are dismissed with prejudice; and (2) the remainder of this action is transferred to the District Court for the District of the Virgin Islands.

Dated: <u>July 21, 2017</u>

_____
JESUS G. BERNAL
United States District Judge